**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**He Kang LIN, Defendant–Appellant.**

No. 00–10030.

D.C. No. CR–99–00027–1–ARM.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 20, 2000.*

Decided Jan. 9, 2001.

Before LAY,** D.W. NELSON, and THOMAS, Circuit Judges.

MEMORANDUM[1]

He Kang Lin appeals his conviction for attempted alien smuggling to a place other than a designated port, in violation of 8 U.S.C. § 1324(a)(1)(A). On appeal, Lin argues that the district court erred in finding that venue was proper in the District Court for the Northern Mariana Islands ("CNMI").[2] The identical issue was previously considered by this court in *United States v. Zhou Liang,* 224 F.3d 1057 (9th Cir.2000), in which we agreed with Lin's co-defendant, Zhou Liang, that venue in the CNMI was improper. Therefore, for the reasons stated in *United States v. Zhou Liang,* 224 F.3d 1057 (9th Cir.2000), filed September 13, 2000, we reverse the district court and dismiss the indictment.

REVERSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Donald Lay, Senior Circuit Judge of the Eighth Circuit Court of Appeals, sitting by designation.

1. This disposition is not appropriate for publication and may not be cited to or by the courts in this circuit except as provided by Ninth Circuit Rule 36–3.

2. We need not consider Lin's argument that the district court lacked jurisdiction over this case.